CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
TODD R. GREGORIAN (CSB NO. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
INFOBLOX INC.

FILED
10 DEC 27 PM 12:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ____

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INFOBLOX INC.,

Plaintiff,

v.

BLUECAT NETWORKS (USA), INC.,
BLUECAT NETWORKS, INC.,

Defendants.

SACV10-01962 JVS (MANx)
Case No.

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Infoblox Inc. ("Infoblox") for its Complaint against defendants BlueCat Networks (USA), Inc. and BlueCat Networks, Inc. (collectively "BlueCat") avers the following:

**NATURE OF THE ACTION**

1. This is a civil action for infringement of United States Patent No. 7,814,180 ("the '180 patent").

///

## PARTIES

2. Plaintiff Infoblox is a Delaware corporation with its principal place of business at 4750 Patrick Henry Drive, Santa Clara, California. Infoblox is a leading developer of network infrastructure solutions for businesses and other organizations, including technology that automates the delivery and management of domain name services ("DNS"), dynamic host configuration protocol services ("DHCP"), and Internet Protocol address management services ("IPAM"). Infoblox owns, by valid assignment, all rights, title and interest in the '180 patent.

3. On information and belief defendant BlueCat Networks (USA) Inc. is a Delaware corporation with its principal place of business at 4101 Yonge Street, Suite 502, Toronto, Ontario, Canada. BlueCat Networks (USA) Inc. also provides DNS, DHCP and IPAM appliances, management software and tools. On information and belief, BlueCat Networks (USA) Inc. transacts business related to its IPAM products and services at 1401 Dove St. Suite 250, Newport Beach, California, and at other sites throughout the United States, including within the boundaries of this district.

4. On information and belief defendant BlueCat Networks Inc. is a Canadian corporation registered in Ontario, Canada, with its principal place of business at 4101 Yonge Street, Suite 502, Toronto, Ontario, Canada. BlueCat Networks Inc. also provides DNS, DHCP and IPAM appliances, management software and tools. On information and belief, BlueCat Networks Inc. transacts business related to its IPAM products and services at 1401 Dove St. Suite 250, Newport Beach, California, and at other sites throughout the United States, including within the boundaries of this district.

## JURISDICTION

5. This action arises under the patent laws of the United States, Title 35 of the United States Code, and under the Declaratory Judgment Act, 28 U.S.C. § 2201. The court has subject matter jurisdiction over this action pursuant to 28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

U.S.C. §§ 1331, 1338(a), 2201(a), and 2202.

## VENUE

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because a substantial part of the events which give rise to the claims herein occurred in this district, and BlueCat has a regular and established place of business and is subject to personal jurisdiction in this district. In particular, BlueCat Networks (USA) Inc. and BlueCat Networks Inc. transact business related to their IPAM products and services, including the sale of said products and services, within this district.

## FIRST CLAIM FOR RELIEF

## (Infringement of U.S. Patent No. 7,814,180)

7. Plaintiff Infoblox incorporates by reference paragraphs 1 through 6 above as if fully set forth herein.

8. On October 12, 2010, United States Patent No. 7,814,180, titled "Domain Name Service Server Apparatus and Method," was duly and legally issued to plaintiff Infoblox. A copy of the '180 patent is attached to this Complaint as Exhibit A. Infoblox has owned the '180 patent throughout the period of BlueCat's infringing acts and still owns the patent.

9. Infoblox has provided notice of the '180 patent by marking the products that practice the claimed invention with the patent number.

10. BlueCat has been, is currently, and will continue to directly infringe one or more claims of the '180 patent by making, using, offering to sell, and selling within the United States and/or importing into the United States IP address management systems, including but not limited to the Proteus IPAM appliance and the Adonis appliance and/or the "virtual appliance" version of these appliances, that embody the patented invention.

11. BlueCat has been and is currently actively inducing and encouraging infringement of the '180 patent. On information and belief, the '180 patent has

been, is currently, and will continue to be directly infringed within the United States, including within this district, by BlueCat's customers using the Proteus IPAM appliance and the Adonis appliance and/or the "virtual appliance" versions of those products. On information and belief, BlueCat induces that infringement by advertising, promoting and instructing said customers in the use of these appliances in a manner that directly infringes the '180 patent. On information and belief, BlueCat has actively induced and encouraged, and will continue to actively induce and encourage, its customers' use of these appliances in a manner that directly infringes the '180 patent, after notice of the patent, with specific intent to induce and encourage such infringement.

12. BlueCat has been and is currently contributing to the infringement of the '180 patent by selling and/or offering to sell the Proteus IPAM appliance and the Adonis appliance and/or the "virtual appliance" versions of those products, which are material components of the IP address management systems that embody the patented invention. These appliances when installed in a customer's enterprise network and/or when installed on a customer's virtualization platform running on a general purpose computer directly infringe the '180 patent. On information and belief, the '180 patent has been, is currently, and will continue to be directly infringed within the United States, including within this district, by BlueCat's customers installing these appliances on an enterprise network and/or virtualization platform running on a general purpose computer. These appliances are especially made or adapted for use with a customer's enterprise network and/or when installed on a customer's virtualization platform running on a general purpose computer, and are not staple articles or commodities of commerce suitable for substantial noninfringing use. On information and belief, BlueCat has contributed, and will continue to contribute, to infringement of the '180 patent, after notice of the patent, with the knowledge that the combination for which its appliances were especially made infringes the '180 patent.

Fenwick & West LLP
Attorneys at Law
Mountain View

13. BlueCat's acts of direct and indirect infringement are willful because BlueCat knew or should have known of the '180 patent and that its acts described above would directly and/or indirectly infringe the '180 patent, but acted despite an objectively high likelihood that such acts would infringe the patent.

14. As a direct and proximate consequence of BlueCat's infringement and willful infringement of the '180 patent, Infoblox has suffered and will continue to suffer irreparable injury and damages, in an amount not yet determined, for which Infoblox is entitled to relief. Infoblox seeks damages and treble damages, as well as preliminary and permanent injunctive relief against further infringement.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Infoblox demands the following relief against defendant BlueCat:

a) entry of a judgment declaring that BlueCat has infringed, directly and indirectly, one or more claims of the '180 patent;

b) a preliminary and permanent injunction against the continuing infringement of the '180 patent;

c) damages to compensate Infoblox for BlueCat's infringement, pursuant to 35 U.S.C. § 284, said damages to be trebled because of BlueCat's willful infringement;

d) an award of pre-judgment and post-judgment interest and costs to Infoblox;

e) an award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

f) such other and further relief as the Court may deem just and fair.

///

///

///

///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Dated: December 27, 2010

FENWICK & WEST LLP

By: /s/ Virginia K. DeMarchi
Virginia K. DeMarchi

Attorneys for Plaintiff
INFOBLOX INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38, plaintiff Infoblox Inc. demands a jury trial as to all matters triable of right by a jury.

Dated: December 27, 2010

FENWICK & WEST LLP

By: /s/ Virginia K. DeMarchi
Virginia K. DeMarchi

Attorneys for Plaintiff
INFOBLOX INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

# Exhibit A

US007814180B2

(12) **United States Patent**
**Pulleyn et al.**

(10) **Patent No.: US 7,814,180 B2**
(45) **Date of Patent: Oct. 12, 2010**

(54) **DOMAIN NAME SERVICE SERVER**

(75) Inventors: **Ivan W. Pulleyn**, Chicago, IL (US); **Stuart M. Bailey**, Evanston, IL (US)

(73) Assignee: **Infoblox, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/799,033**

(22) Filed: **Mar. 12, 2004**

(65) **Prior Publication Data**

US 2004/0210672 A1 Oct. 21, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/615,271, filed on Jul. 13, 2000, now abandoned.

(51) **Int. Cl.**
***G06F 15/177*** (2006.01)

(52) **U.S. Cl.** ........................ **709/220**; 709/221; 709/222; 709/245

(58) **Field of Classification Search** ................. 709/208, 709/219, 249, 226, 227, 220, 221, 222, 245; 713/201; 707/10; 700/65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,909,545 A * 6/1999 Frese, II et al. ............. 709/208
6,131,095 A * 10/2000 Low et al. ..................... 707/10
6,262,726 B1 * 7/2001 Stedman et al. ............. 715/745
6,427,170 B1 * 7/2002 Sitaraman et al. ........... 709/226
6,564,216 B2 * 5/2003 Waters ......................... 707/10
6,718,385 B1 * 4/2004 Baker et al. ................. 709/225
6,801,952 B2 * 10/2004 Belzile ........................ 709/249
6,832,120 B1 * 12/2004 Frank et al. .................. 700/65
6,832,322 B1 * 12/2004 Boden et al. ................ 713/201
7,047,301 B2 * 5/2006 Skene et al. ................ 709/226
7,127,471 B1 * 10/2006 Wilson ................... 707/103 R
2002/0004796 A1 * 1/2002 Vange et al. .................. 707/10

FOREIGN PATENT DOCUMENTS

WO WO 99/27680 * 6/1999

OTHER PUBLICATIONS

Stephen Shankland, Firms flock to growing server appliance market, Oct. 27, 1999, http://news.cnet.com/news/0-1003-200-1420358.html.
Gail R. James and Paul Anderson, The name game, Mar. 15,1999,http://www.nwfusion.com/archive/1999/59940_ 03-15-1999.html.

* cited by examiner

*Primary Examiner*—Kenny S Lin
(74) *Attorney, Agent, or Firm*—Van Pelt, Yi & James LLP

(57) **ABSTRACT**

A DNS server system provides IP addresses for a host in a computer network. Upon receiving a request from a client for an IP address associated with a domain name, the requested IP address is retrieved from an object oriented database and transmitted to the client. The DNS server system provides configuration access from a client in a computer network. Communicative coupling is established between a client web browser and a DNS server system web server. A user interface adapted to provide configuration access to a DNS server system is requested. The user interface is downloaded from the DNS server system over the computer network.

**69 Claims, 8 Drawing Sheets**




16
20
Client 1
Client 2
Computer Network
10
14
12
InfoBlox DNS Server Appliance
www.support.infoblox.com
192.168.10.100
26
28
18
mail.support.infoblox.com
192.168.10.101
22
24

FIG. 1


30
Power
41
Serial Interface
40
Network Interface
43
Motherboard with CPU and RAM
32
RAM
36
CPU
34
Power Supply
39
Disk
38
Power Button
12
Status Lights
14

FIG. 2


54
48
46
42
DNS Server
Config. Server
Web Server
44
Object Oriented Database
56
GUI
58
Operating System
52

FIG. 3


60
"." (dot)
62
com
edu
org
net
gov
mil
64
infoblox.com
yahoo.com
66
support.infoblox.com
sales.infoblox.com
68
www.support.infoblox.com
mail.sales.infoblox.com
mail.support.infoblox.com
server.support.infoblox.com
70

FIG. 4


Sub-Network
175.000.00.000
74
Sub-Network
192.000.00.000
Sub-Network
192.125.00.000
76
Sub-Network
192.168.00.000
Sub-Network
192.168.28.000
Sub-Network
192.168.20.000
78
Sub-Network
192.168.10.000
Host
192.168.10.102
Host
192.168.10.101
Host
192.168.10.100
80
72

FIG. 5


Zone: com
com
88
yahoo
Zone: infoblox.com
infoblox
90
82
sales
94
86
mail
51
102
20
96
192
Network: 192.0.0.0
98
168
Network:
192.168.0.0
84
server
102
Zone: support.infoblox.com
support
92
mail
101
10
Network:
192.168.10.0
100
www
100
104
Host:
www.support.infoblox.com
192.168.10.100

FIG. 6




InfoBlox OODatabase Network Move Operation
Relink Hosts to the 192.168.20.0 Network

FIG. 7


58
200
202
204
206
208
210
212
214
216
******** Add Zone Add New ****** ******* Remove
Zones
com
infoblox.com
*********.com
mycompany.com
host1 Host 10.0.0.1
host2 Host 10.0.0.2
host3 Host 10.0.0.3
host4 Host 10.0.0.5
host6 Host 10.0.0.6
host7 Host 10.0.0.7
host8 Host 10.0.0.8
*******mycompany.com

FIG. 8

# DOMAIN NAME SERVICE SERVER

## FIELD OF THE INVENTION

The present invention relates generally to server appliances, and more particularly to domain name service server appliances.

## BACKGROUND OF THE INVENTION

A domain name service (DNS) is generally a directory service for translating user friendly alphanumeric names for specific computers or hosts within a computer network into computer recognizable numerical addresses. While DNS was originally developed to facilitate communications between computers via the Internet, the use of DNS is becoming increasingly common in intranet environments, especially those which employ Internet Protocol (IP) to send data from one computer to another within a network.

Intranet and Internet-connected computers utilize a numeric addressing system to locate and route communications to other computers within a network. The numeric addressing system requires that each computer connected to the Internet have its own unique numeric IP address. IP addresses are typically 32 bit addresses that are represented by a string of numbers separated by periods, such as for example, "192.168.10.100." Since numeric addresses are difficult to remember, DNS was created to enable the pairing of domain names to specific numeric IP addresses. For example, when an Internet user types in the domain name "www.support.infoblox.com," DNS is the intermediary system that translates the domain name to the corresponding numeric IP address, "192.168.10.100."

There are generally two different entities which interact with the DNS server: clients and administrators. Clients are generally other computers which request IP addresses associated with specific domain names from the DNS server. Administrators are the individuals responsible for managing the DNS data stored in the DNS server.

Many large organizations, such as for example corporate intranets, commercial Internet Service Providers (ISPs), Internet content providers and educational and government institutions maintain IP based computer networks. Such organizations typically develop and maintain their own DNS servers for Internet and intranet applications. For prior art systems, establishing a DNS server usually requires the expertise of an information technology (IT) specialist and involves the selection and integration of multiple hardware and software components.

The software components in a prior art system typically include an operating system and a DNS server software package. The DNS server hardware generally consists of typical computer hardware including a processor, a hard drive, and memory. The DNS server software typically includes a DNS server engine, a database for storing DNS data and a graphical user interface (GUI) which permits the administrator to access the database. The DNS server engine responds to client requests for DNS data by retrieving the requested data from the DNS database and forwarding the retrieved data to the client.

The DNS server software can be selected from a number of prior art DNS server software packages available for purchase or a DNS software package, Berkeley Internet Domain Name (BIND), can be downloaded free of charge from the Internet Software Consortium. Since the DNS server hardware and the operating system are acquired separately from the DNS server software, DNS server software developers



may be unable to create software to optimize the performance of the DNS server for particular hardware and software systems. The specifications of the DNS server hardware, such as the specific hard drive model, the processor speed, the memory size and hardware component redundancies as well as operating system parameters, such as Transmission Control Protocol/Internet Protocol (TCP/IP) stack parameters and kernel memory allocation sizes are generally unknown to the DNS server software developers at the time they are developing such software.

Selecting appropriate hardware and an appropriate operating system for the DNS server requires research into the minimum operating system requirements and the minimum hardware requirements necessary to support the DNS server software. In addition, standard operating systems typically include a multitude of drivers that are unnecessary for the operation of a DNS server, such as for example drivers for sound cards, video cards and all available disk drives. The presence of extra drivers within the operating system creates a potential for conflicts with other DNS server software components thereby increasing the likelihood of error or malfunctions. The larger kernel size of an operating system with unnecessary drivers often results in decreased DNS server performance, such as reduced input/output throughput to the computer network and hard drive.

Following the selection of the appropriate DNS server hardware, the DNS server software requires tuning to the selected hardware to optimize the performance of the DNS server. For example, kernel buffer sizes have to be set to match the specific input/output hardware including a disk controller and network adapters.

Prior art DNS server software packages typically include a relational database for storing DNS data. DNS data generally consists of numerous data items with often complex interconnections between those items. Relational databases do not easily support complex mapping between data items and as a result multiple complex relational queries in a relational query language, such as Structured Query Language (SQL), may be required to perform simple modifications to data relationships within the database.

Prior art DNS server software packages also includes graphical user interfaces (GUIs) which permit the administrator to access the relational database. GUIs are typically installed on a single computer and accessible only on that computer by the administrator. Typically, DNS server software does not permit access to the GUIs from any networked computer within a computer network. The selection and integration of network software, such as PC Anywhere, with the DNS server system may be used to permit the administrator to access the GUI over a computer network. However, such software does not work with World Wide Web (WWW) protocols and requires special installation on every computer used to access the DNS server computer. Also, prior art DNS servers typically do not include a web based interface to access GUIs.

Prior art DNS servers may also have multiple unnecessary hardware and software access points. For example, the DNS server hardware can be accessed via a monitor, a keyboard, a mouse, a parallel port, serial ports, a network interface and a universal serial bus (USB) interface. The availability of multiple access points render the DNS server susceptible to access by unauthorized personnel. In addition, standard operating systems also include multiple access points, such as a console terminal and numerous network ports. The availability of such unnecessary access ports render the DNS server vulnerable to potential attacks from computer hackers and may also cause the DNS server to run inefficiently.

## SUMMARY OF THE INVENTION

A method of providing configuration access to a DNS server system from a client in a computer network includes establishing communicative coupling between a client web browser and a DNS server system web server. A user interface adapted to provide configuration access to a DNS server system is requested. The user interface is downloaded from the DNS server system over the computer network.

The user interface may comprise a GUI.

The user interface may comprise a JGUI.

The user interface may be adapted to provide configuration access to a DNS database.

The user interface may be adapted to provide configuration access to a DNS object oriented database.

The user interface may be adapted to provide access to an object oriented database.

Communicative coupling may be established between the client web browser and a DNS configuration server.

The computer network may comprise the Internet.

The computer network may comprise an IP based computer network.

The computer network may comprise an intranet.

Communicative coupling may be established between the user interface and a configuration server.

The DNS server system may comprise a DNS server appliance.

In accordance with another aspect of the present invention, a method of providing an IP address for a host in a computer network includes receiving a request for an IP address associated with a domain name from a client in a computer network. The requested IP address is retrieved from an object oriented database. The retrieved address is transmitted to the client.

Communicative coupling may be established between a client web browser and a DNS server.

The computer network may comprise the Internet.

The computer network may comprise an IP based computer network.

The computer network may comprise an intranet.

The DNS server system may comprise a DNS server appliance.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram representation of the DNS server appliance within a computer network in accordance with the principles of the present invention.

FIG. **2** is a block diagram representation of the hardware components of the DNS server appliance of FIG. **1**.

FIG. **3** is a block diagram representation of the software components of the DNS server appliance of FIG. **1**.

FIG. **4** is a representation of a hierarchical structure of zones and sub-zones in the DNS system.

FIG. **5** is a block diagram representation of data routes from a client to a host via sub-networks.

FIG. **6** is a block diagram representation of objects typically stored in a DNS object oriented database.

FIG. **7** is a block diagram representation illustrating the rerouting of host objects within the DNS object oriented database.

FIG. **8** is an example of a GUI for accessing the DNS server appliance.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. **1**, a domain name service (DNS) server appliance **10** in accordance with a preferred embodiment of



the present invention is shown in a computer network **16**. Matched hardware and pre-installed software components are integrated into a fully functional package to facilitate the installation and operation of the DNS server appliance **10**. The DNS server appliance **10** includes a power button **12** and a status light **14** which is turned on when power is supplied to the DNS server appliance **10**.

The DNS server appliance **10** is adapted for use in Internet Protocol (IP) based computer networks, such as the Internet and intranet applications employing IP to convey data from one networked device to another networked device. The computer network **16** including a plurality of hosts **18**, a plurality of clients **20** and the DNS server appliance **10** is shown. Each host **18** is identifiable by at least one domain name **22** and a unique IP address **24**. For example, the host computer **18** may be identified by its domain name "www.support.infoblox.com" **26** or by its IP address as "192.168.10.100." **28**.

The DNS server appliance **10** is limited to enable interaction with clients **20** and administrators. When a client **20** wishes to establish a network connection with the host computer **18** for "www.support.infoblox.com," **26**, the client **20** contacts the DNS server appliance **10** and requests the IP address **24** associated with the domain name "www.support.infoblox.com" **26**. The DNS server appliance **10** supplies the client **20** with the corresponding IP address "192.168.10.100." **28**. The client **20** then uses the received IP address **24** to send data packets to the host **18**. The DNS server appliance **10** is designed to enable the administrator to access the DNS server appliance **10** via the computer network **16** using any client **18**. This permits an administrator to perform routine administrative functions, such as updating the IP address **24** for a domain name **22**, via a remote networked computer.

Referring now to FIG. **2**, the DNS server appliance hardware **30**, the platform for running and storing DNS server appliance software, storing DNS data and providing an interface to the computer network **16**, is shown. The DNS server appliance hardware **30** generally includes a computer motherboard **32** including a central processing unit (CPU) **34** coupled to a random access memory (RAM) **36**. A disk **38** (e.g., a computer readable medium), such as for example a multigigabyte hard drive, is used to store DNS server appliance software and DNS data and is coupled to the motherboard **32**. A power supply **39** is adapted to be coupled to an alternating current (AC) power source (not shown), such as for example a 110 Volt AC power source, via a power input **41**. The power supply **39** is also coupled to the motherboard **32** and converts the AC power supplied by the power source into a direct current (DC) voltage, such as for example ±5 DC volts, to power the motherboard **32**. The power button **12** is coupled to the power supply **39** and controls the application of power to the motherboard **32**. The status light **14**, such as for example a light emitting diode (LED), is coupled to the motherboard **32** and provides an indication of when power is supplied to the motherboard **32** and the DNS server appliance **10** is powered on. A network interface **43** to the motherboard **32** is provided to permit a client **20** to access the DNS server appliance **10** to request an IP address **24** for a specific domain name **22**. A serial interface **40** to the motherboard **32** provides the administrator with access to the motherboard **32** to assign an IP address **24** to the DNS server appliance **10**. The DNS server appliance **10** hardware configuration limits the number of hardware access ports to minimize the risk of unauthorized access to the DNS server appliance software and DNS data. Limiting the number of hardware access ports also reduces

the number of software drivers necessary to operate the DNS server appliance **10** thereby reducing inefficiencies in the system.

In an alternative embodiment, multiple disks may be used to provide redundancy and increase system reliability. In another embodiment, a wireless access port, such as an infrared port, may be added to the system or may be substituted for the serial interface **40**. Such a port would enable an administrator to assign an IP address **24** to the DNS server with the use of a personal assistant device, such as a Palm Pilot. While the preferred embodiment of the DNS server appliance **10** includes the disclosed hardware configuration, alternative configurations of hardware adapted to optimize DNS server appliance performance and provide limited access to DNS server appliance software are considered to be within the scope of the invention.

Turning now to FIG. **3**, the DNS server appliance software components **42** including DNS server **44**, a web server **46** and a configuration server **48** all run on an operating system **52**. Network ports **54** provide communication links between each server and the computer network **16**. An object oriented database **56** is generally used to store domain name data and IP address data. A graphical user interface (GUI) **58** is provided to enable the administrator to access the object oriented database **56** to perform configuration changes, such as modifications and updates. In an alternative embodiment, a dynamic host configuration protocol (DHCP) server may also be included as a component of the DNS server appliance **10**.

The DNS server **42** is coupled to the computer network **16** via a network port **54** and to the object oriented database **56**. When a client **20** issues a request for an IP address **24** associated with a specific domain name **22**, the DNS server responds to the request by accessing the object oriented database **56** to retrieve the requested IP address **24** and conveying the retrieved IP address **24** to the client **20** via the network port **54**.

The web server **46** is adapted to perform the single function of responding to a request from the administrator to retrieve and deliver the GUI **58** to the administrator. The administrator uses a networked client **20**, to convey a request to the web server **46** to download the GUI **58**. The web server **46** responds to the request by retrieving the GUI **58** from the disk and conveying it via the computer network **16** to the administrator's networked client **20**. The downloaded GUI **58** runs on a standard web browser, such as Netscape or Internet Explorer and establishes an interface between the client **20**, being used by the administrator, and the configuration server **48**. The configuration server **48** responds to commands issued by the administrator via the GUI **58** to perform configuration changes to the object oriented database **56**.

The DNS server appliance software components **42** and the operating system **52** are specifically matched and tuned to accommodate the specifications of the DNS server appliance hardware components **30** to optimize the overall performance of the DNS server appliance **10**.

In the preferred embodiment, the operating system **52** is derived from an operating system kernel, as is included in a standard Linux distribution. The necessary device drivers are added to the operating system kernel. The device drivers used are specifically matched to the DNS server appliance hardware **30** and updated with the most recent patches to achieve the higher levels of system stability and performance. For example, unnecessary drivers or other utilities are present in the kernel operating system are removed or disabled. The lack of extra drivers reduces the possibility of conflicts occurring between the operating system software and other DNS server appliance software components. The reduced kernel size of



the operating system **52** increases DNS server appliance performance. For example, input/output throughput to the computer network **16** and hard drive is increased. The operating system **52** is also streamlined to eliminate unnecessary software access points, such as unnecessary network ports **54**. This reduces the vulnerability of the DNS server appliance **10** to potential attacks by hackers. In addition, the DNS server software components **42** are pre-installed and pre-configured for operation so as to reduce the time and expertise necessary to install and operate the DNS server appliance **10**.

An alternative embodiment of the DNS server appliance includes a microkemal operating system which may be embedded in a read only memory (ROM) boot image. In another embodiment, a solid state storage device is used to store the object oriented database. The use of a microkemal operating system, ROM boot image, and solid state storage eliminates the need for a mechanical storage disk in the DNS server appliance thereby reducing the amount of DNS server appliance hardware which in turn reduces the possibility of potential hardware malfunctions.

Referring now to FIG. **4**, DNS uses a logical hierarchical structure **60** consisting of zones and sub-zones to facilitate the organization of domain names within the DNS system. Such a structure is comparable to an inverted tree with the root "dot" **62** at top of the hierarchy. The root "dot" **62** branches down to the top level of zones **64**. Examples of top level zones **64** include "com," "edu," "org," "net," "gov," and "mil," as well as abbreviations for numerous countries. Each top level zone **64** may branch further into a number of sub-zones or second level zones **66**. For example the top level zone "com" may include a number of second level sub-zones such as "infoblox.com" and "yahoo.com." The second level sub-zones **66** may branch into further third level sub-zones **68**. For example, the second level sub-zone "infoblox.com" includes further third level sub-zones "support.infoblox.com" and "sales.infoblox.com." The lowest level sub-zone **70** includes one or more hosts **18**. For example, the sub-zone "support.infoblox.com" includes three hosts: "www.support.infoblox.com," "mail.support.infoblox.com" and "server.support.infoblox.com." The sub-zone "sales.infoblox.com" includes a single host, "mail.sales.infoblox.com." FIG. **4** is merely illustrative of an example of an hierarchy within the DNS system. Different DNS hierarchies may include a greater or fewer number of sub-zones. In addition, it is possible for a member of a sub-zone to be linked to more than one upper level zones.

Referring now to FIG. **5**, a block diagram representation of an example of a network configuration **72** is shown, where a client **20** sends a data packet to a host **18** having an IP address "192.168.10.100." IP addresses **24** for hosts **18** generally consist of four numbers separated by periods, such as for example 192.168.10.100. When a client **20** sends data packets to a given host **18**, the IP address designates the route that the data packets must take to reach the host associated with the IP address **24**. The route consists of a number of sub-networks within the computer network **16**. Each sub-network is associated with a router. Routers are responsible for interpreting IP addresses **24** and channeling appropriate packets into appropriate sub-networks. The client **20** routes the data packet with the IP address **24** to the routers. The router recognizing "192.000.00.000" as the designation **74** for its associated sub-network accepts and routes the data packet to additional routers associated with further sub-networks. The router recognizing "192.168.00.000" as the designation **76** for its associated sub network accepts and further routes the data packet to routers associated with further sub networks. The router recognizing "192.168.10.000" **78** as the designa-

tion for its associated sub network accepts the data packet and routes the data packet to the hosts **18** within the sub network. The host **80** having the IP address of "192.168.10.100" accepts the data packet.

As shown in FIG. **6**, the hierarchical zone information associated with domain names **22** and the sub-network designations are used by the DNS server appliance **10** to store domain name data and IP address data in the object oriented database **56**. The DNS server appliance **10** stores the hierarchical zone information as zone objects **82**, network designations as network objects **84** and the host data as host objects **86**. For example, the zone "com" is represented in the objected oriented database as a zone object **88** having an attribute "com". Similarly, the zone "infoblox.com" is represented as a zone object **90** having an attribute "infoblox" and an association to the zone object **88** having the attribute "com". The zone "support.infoblox.com" is represented as zone object **92** having the attribute "support" and the zone "sales.infoblox.com" is represented as zone object **94** respectively, with each zone object having an association to the zone object **90** having the attribute "infoblox".

The network designations are stored in a similar manner. For example, the network designation "192.000.00.000" is stored as a network object **96** having an attribute "192". The network designation "192.168.00.000" is stored as a network object **98** having an attribute "168" and an association to the network object **96** having the attribute "192". Network designation "192.168.10.000" is stored as network object **100** having the attribute of "10" and network designation "192.168.20.000" is stored as network object **102** having the attribute of "20" respectively, with each network object having an association to the network object **98** having the attribute "168".

The hosts **18** are also stored as host objects **86** where each host object **86** has two attributes. For example, the host "www.support.infoblox.com" is stored as a host object **104** having attributes "www" and "100" and associations to the zone object **92** having the attribute "support" and the network object **100** having the attribute "10". The other hosts **18** are stored in a similar manner as host objects **86** with two attributes and an association to a zone object **82** and a network object **84**. While the preferred embodiment discloses the use of the described object oriented database model, alternative object models are also within the scope of the invention.

The process of requesting and retrieving an IP address **24** associated with a specific domain name **22** from the DNS server appliance **10** begins with the client **20** providing a domain name, such as "www.support.infoblox.com," to the web browser. The web browser establishes a connection with the DNS server **44** and issues a request for the IP address **24** associated with the provided domain name, "www.support.infoblox.com."

The DNS server **44** first identifies the top level zone **64** in the domain name "www.support.infoblox.com." as "com." The DNS server **44** uses this information to access the object oriented database **56** and retrieve the zone object **88** having the attribute "com". The DNS server **44** then identifies the next sub-zone **66** in the hierarchy as "infoblox.com." The DNS server **44** then accesses the object oriented database **56** and retrieves the zone object **90** having the attribute "infoblox" and an association to the zone object **88** having the attribute "com". The DNS server **44** then identifies the next sub-zone **68** in the hierarchy as "support.infoblox.com." The DNS server **44** uses this information to access the object oriented database **56** and retrieves the zone object **92** having the attribute "support" and an association to the zone object **90** having the attribute "infoblox".

The DNS server **44** realizes that it has reached the last term in the domain name **22** and that "www.support.infoblox.com" identifies the host **18**. The DNS server **44** returns to the object oriented-database **56** and identifies the host object **104** having the attribute "www" and an association with the zone object **92** having the attribute "support." The identified host object **104** also has a second attribute "100." The DNS server **44** recognizes that the host object **104** has an association to the network object **100** having the attribute "10" which in turn has an association to the network object **98** having the attribute "168" which in turn has an association to the network object **96** having the attribute "192". As a result, the DNS server **44** is able to retrieve the entire IP address of "192.168.10.100" in a single access. The DNS server **44** forwards the requested IP address **24** to the client **20**. The client **20** then uses the supplied IP address **24** to establish a connection with the host **20**.

In the previous example, the DNS server **44** accessed the object oriented database **56** a total of four times to perform the IP address retrieve operation, as opposed to a relational database which would have required the DNS server to access the relational database seven times. Storing the zones, network designations and hosts **18** as objects in an object oriented database **56** permits the mapping of complex interrelationships between data items in such a manner as to enable the DNS server **44** to retrieve IP addresses **24** using a fewer number of database accesses. Given the large number of IP addresses **24** retrieved by the DNS server appliance **10** on a routine basis, the use of an object oriented database **56** increases the efficiency of the operation of the DNS server appliance **10** by reducing the number of database accesses required per IP address **24** retrieval.

Referring now to FIG. **7**, networks are often reconfigured resulting in changes to the IP address **24** associated with a host **18**. This requires that the DNS server appliance **10** be updated to reflect the new IP address **24** so that data packets addressed to affected hosts **18** are rerouted appropriately through other available sub-networks. Suppose for example, that the sub-network **106** designated as "192.168.10.000" was removed from the computer network **16**. The DNS server appliance **10** would have to be updated with a new IP addresses **24** for the host **108** "www.support.infoblox.com," the host **110** "mail.support.infoblox.com" and the host **112** "server.support.infoblox.com." To update the DNS server appliance **10**, the affected hosts **108**, **110**, **112** are first unlinked from the unavailable sub-network **106**. This is achieved by first removing the network object **106** having the attribute "10" from the object oriented database **56**. The deletion of the network object **106** automatically removes the associations between the affected host objects **108**, **110**, **112** and the network object **106**. Next the affected hosts **108**, **110**, **112** must be relinked to the available sub-network "192.168.10.000." Associations between the network object **116** having the attribute "20" and the affected host objects **108**, **110**, **112** are created. The DNS server appliance **10** automatically updates the IP addresses **24** for the hosts "www.support.infoblox.com," "mail.support.infoblox.com" and "server.support.infoblox.com" to "192.168.20.100," "192.168.20.101" and "192.168.20.102," respectively. Storing the sub-network designations as objects facilitates the reassignment of hosts to different sub networks by minimizing the number of modifications an administrator is required to make to implement a successful reassignment.

Referring now to FIG. **8**, the administrator makes configuration changes to the object oriented database **56** via the GUI **58**, an example of which is shown. The GUI **58** includes an upper header section **200** including a plurality of icons with a text label below each icon. Upon clicking on an icon, a dia-

logue box is provided requesting the data necessary to implement the configuration operation associated with that icon. Selecting the first icon **202** enables the administrator to add network objects to the object oriented database **56**. The second icon **204** provides a mechanism for adding zone object. Similarly, clicking on the third icon **206** provides for the addition of a network object. Clicking on the fourth icon **208** permits the user to add additional domain names associated for IP addresses already present in the database. Clicking on the fifth **210** and sixth **212** icons permits the administrator to modify an existing object and remove objects, respectively, from the object oriented database. The remainder of the GUI is divided into a first section **214** and a second section **216**. The first section **214** displays network and zone information in a tree format. The second section **216** displays a listing of hosts associated with user selected zones or networks.

In the preferred embodiment, a Java applet is used as the GUI **58**. An applet is a type of Java application that is adapted to be downloaded from a web server by a web browser via the computer network **16** and executed as a web browser application. Such web browser applications include Netscape and Internet Explorer. In the preferred embodiment the GUI **58** is developed using a customized GUI library, such as Java Graphical User Interface (JGUI). A GUI library is a collection of GUI widgets, such as buttons, scroll bars and windows. A JGUI based interface provides the same GUI screenshot regardless of the underlying operating system. For example, a client would have a GUI screenshot with the same look and feel whether the GUI was downloaded to a Windows system, Xwindows, Macintosh windowing system. The JGUI based interface reduces the GUI **58** response time, for example bringing up a dialogue box following the selection of an associated button typically takes less time than on other types of GUIs.

While in the preferred embodiment, the use of JGUI is disclosed, other types of GUIs such as those based on Java Abstract Windows Toolkit (AWT), Hypertext Markup Language (HTML), JavaScript, Visual Basic Script (VBScript) and web browser plugins, such as Macromedia's Flash, are also considered to be within the scope of the invention. In addition, the preferred embodiment discloses the use of a web browser in conjunction with a web server **46** to deliver the GUI **58** to the administrator, other comparable methods of retrieving the GUI **58** from the DNS server appliance **10** over the computer network **16** are also considered to be within the spirit of the invention.

In the preferred embodiment, the DNS server appliance **10** is adapted to enable a one click auto software upgrade of all of the DNS server appliance software, including the operating system **52**, simultaneously. This minimizes the risk of software incompatibilities which can often lead to system failures. The administrator initiates the auto software upgrade by clicking on a single button provided on the GUI **58**.

In an alternative embodiment, the DNS server appliance **10** is provided with a server to server auto failover feature. This enables an administrator to run a set of redundant DNS server appliances **10**, a primary and a secondary DNS server. Both DNS server appliances **10** receive simultaneous updates to their object oriented databases **56**, so that they both contain identical DNS data. In the event the DNS server appliance **10** fails, a scheme is automatically implemented to hand over control to the secondary DNS server appliance **10** without any action required on the part of the administrator. In an alternative embodiment, the DNS server appliance includes a self-upgrade feature where the DNS server can automatically update its software without any action from an administrator.

In another embodiment, the DNS server appliance **10** maintains a journaled file system to increase the reliability of the system.

In an alternative embodiment, specialized hardware, such as EZ chip, may be used to resolve domain name to IP address maps or IP address to domain name maps as wire speed.

While the invention has been described with specific embodiments, other alternatives, modifications and variations will be apparent to those skilled in the art. Accordingly, it is intended to include all such alternatives, modifications and variations set forth with the spirit and scope of the appended claims.

The invention claimed is:

**1**. A method of providing an IP address for a host in a computer network, the method comprising the steps of:

receiving, from a client in a computer network, at an appliance a request for an IP address associated with a domain name associated with a zone;

retrieving the requested IP address from an object oriented database associated with the appliance; and

transmitting the retrieved IP address to the client;

wherein:

the object oriented database comprises a zone object tree that includes a plurality of zone objects, including a first zone object associated with the zone, wherein the first zone object is linked to a second zone object associated with a sub-zone of the zone;

the zone and sub-zone are associated with a logically hierarchical set of zone information;

the object oriented database comprises a network object tree that includes a logically hierarchical set of network objects each associated with a numerical sub-network designation, wherein the logically hierarchical set of network objects corresponds to the IP address associated with a host object; and

the zone object tree and the network object tree are linked via the host object that is associated with the domain name and the IP address, wherein the host object is stored with a first attribute corresponding to a first sub-zone of the domain name and a second attribute corresponding to a first numerical sub-network designation of the IP address.

**2**. The method of claim **1**, further comprising the step of establishing communicative coupling between a client web browser and the appliance.

**3**. The method of claim **1**, wherein the computer network comprises the Internet.

**4**. The method of claim **1**, wherein the computer network comprises an IP based computer network.

**5**. The method of claim **1**, wherein the computer network comprises an intranet.

**6**. The method of claim **1**, wherein the appliance receives the request.

**7**. The method of claim **1**, further including linking a host object with a network object and a zone object.

**8**. The method of claim **7**, wherein the zone object is linked to another zone object.

**9**. The method of claim **7**, wherein the network object is linked to another network object.

**10**. The method of claim **1**, further including:

unlinking an old network object from a host object;

deleting the old network object; and

linking the host object to a new network object.

**11**. The method of claim **10**, further including automatically updating the host object to reflect an association with the new network object.

12. The method of claim 1, wherein the operating system is derived from a full operating system that includes the at least one software component.

13. The method of claim 1, wherein the at least one software component includes one of the following: a driver or a utility software.

14. The method of claim 1, wherein the appliance excludes a hardware component that typically is included in a host computing system but that is not required to provide the network name-related functionality.

15. The method of claim 1, wherein the appliance excludes a communication port that typically is included in a host computing system but that is not required to provide network name-related functionality.

16. The method of claim 1, wherein the network name-related functionality comprises the Domain Name Service (DNS) and the IP address comprises a requested IP address associated with a host identified in a DNS request received at the appliance.

17. The method of claim 1, further including providing an interface for configuring the appliance.

18. The method of claim 1, further including providing a web interface for configuring the appliance from a client web browser.

19. The method of claim 1, wherein the appliance includes a DNS server, a configuration server, a web server, a database, and/or a GUI.

20. The method of claim 1, wherein the database comprises an object oriented database.

21. The method of claim 1, wherein retrieving includes identifying a top level zone in the domain name and accessing a zone object associated with the top level zone.

22. The method of claim 21, wherein retrieving includes identifying a sub-zone in the domain name and accessing a zone object associated with the sub-zone.

23. The method of claim 22, wherein retrieving includes realizing that a last term in a domain name has been reached and accessing a host object associated with the domain name.

24. A computer program product for providing an IP address for a host in a computer network, the computer program product being embodied in a computer readable medium and comprising computer instructions for:

receiving, from a client in a computer network, at an appliance a request for an IP address associated with a domain name associated with a zone;

retrieving the requested IP address from an object oriented database associated with the appliance; and

transmitting the retrieved IP address to the client;

wherein:

the object oriented database comprises a zone object tree that includes a plurality of zone objects, including a first zone object associated with the zone, wherein the first zone object is linked to a second zone object associated with a sub-zone of the zone;

the zone and sub-zone are associated with a logically hierarchical set of zone information;

a logically hierarchical set of network objects each associated with a numerical sub-network designation, wherein the logically hierarchical set of network objects corresponds to the IP address associated with a host object; and

the zone object tree and the network object tree are linked via the host object that is associated with the domain name and the IP address, wherein the host object is stored with a first attribute corresponding to a first sub-zone of the domain name and a second attribute corresponding to a first numerical sub-network designation of the IP address.

25. A computer program product as recited in claim 24, the computer program product further comprising computer instructions for establishing communicative coupling between a client web browser and the appliance.

26. A computer program product as recited in claim 24, wherein the computer network comprises the Internet.

27. A computer program product as recited in claim 24, wherein the computer network comprises an IP based computer network.

28. A computer program product as recited in claim 24, wherein the computer network comprises an intranet.

29. A computer program product as recited in claim 24, wherein the appliance receives the request.

30. A computer program product as recited in claim 24, the computer program product further comprising computer instructions for linking a host object with a network object and a zone object.

31. A computer program product as recited in claim 30, wherein the zone object is linked to another zone object.

32. A computer program product as recited in claim 30, wherein the network object is linked to another network object.

33. A computer program product as recited in claim 24, the computer program product further comprising computer instructions for:

unlinking an old network object from a host object;

deleting the old network object; and

linking the host object to a new network object.

34. A computer program product as recited in claim 33, the computer program product further comprising computer instructions for automatically updating the host object to reflect an association with the new network object.

35. The computer program product of claim 24, wherein the operating system is derived from a full operating system that includes the at least one software component.

36. The computer program product of claim 24, wherein the at least one software component includes one of the following: a driver or a utility software.

37. The computer program product of claim 24, wherein the appliance excludes a hardware component that typically is included in a host computing system but that is not required to provide the network name-related functionality.

38. The computer program product of claim 24, wherein the appliance excludes a communication port that typically is included in a host computing system but that is not required to provide network name-related functionality.

39. The computer program product of claim 24, wherein the network name-related functionality comprises the Domain Name Service (DNS) and the IP address comprises a requested IP address associated with a host identified in a DNS request received at the appliance.

40. The computer program product of claim 24, the computer program product further comprising computer instructions for providing an interface for configuring the appliance.

41. The computer program product of claim 24, the computer program product further comprising computer instructions for providing a web interface for configuring the appliance from a client web browser.

42. The computer program product of claim 24, wherein the appliance includes a DNS server, a configuration server, a web server, a database, and/or a GUI.

43. The computer program product of claim 24, wherein the database comprises an object oriented database.

**44**. The computer program product of claim **24**, wherein retrieving includes identifying a top level zone in the domain name and accessing a zone object associated with the top level zone.

**45**. The computer program product of claim **44**, wherein retrieving includes identifying a sub-zone in the domain name and accessing a zone object associated with the sub-zone.

**46**. The computer program product of claim **45**, wherein retrieving includes realizing that a last term in a domain name has been reached and accessing a host object associated with the domain name.

**47**. A system for providing an IP address for a host in a computer network, including:

a processor configured to:

receive, from a client in a computer network, at an appliance a request for an IP address associated with a domain name associated with a zone;

retrieve the requested IP address from an object oriented database associated with the appliance;

transmit the retrieved IP address to the client;

wherein:

the object oriented database comprises a zone object tree that includes a plurality of zone objects, including a first zone object associated with the zone, wherein the first zone object is linked to a second zone object associated with a sub-zone of the zone;

the zone and sub-zone are associated with a logically hierarchical set of zone information;

a logically hierarchical set of network objects each associated with a numerical network sub-designation, wherein the logically hierarchical set of network objects corresponds to the IP address associated with a host object; and

the zone object tree and the network object tree are linked via the host object that is associated with the domain name and the IP address, wherein the host object is stored with a first attribute corresponding to a first sub-zone of the domain name and a second attribute corresponding to a first numerical sub-network designation of the IP address; and

a memory coupled with the processor, wherein the memory provides the processor with instructions.

**48**. The system of claim **47**, wherein the processor is further configured to establish communicative coupling between a client web browser and the appliance.

**49**. The system of claim **47**, wherein the computer network comprises the Internet.

**50**. The system of claim **47**, wherein the computer network comprises an IP based computer network.

**51**. The system of claim **47**, wherein the computer network comprises an intranet.

**52**. The system of claim **47**, wherein the appliance receives the request.

**53**. The system of claim **47**, wherein the processor is further configured to link a host object with a network object and a zone object.

**54**. The system of claim **53**, wherein the zone object is linked to another zone object.

**55**. The system of claim **53**, wherein the network object is linked to another network object.

**56**. The system of claim **47**, wherein the processor is further configured to:

unlink an old network object from a host object;

delete the old network object; and

link the host object to a new network object.

**57**. The system of claim **56**, wherein the processor is further configured to automatically update the host object to reflect an association with the new network object.

**58**. The system of claim **47**, wherein the operating system is derived from a full operating system that includes the at least one software component.

**59**. The system of claim **47**, wherein the at least one software component includes one of the following: a driver or a utility software.

**60**. The system of claim **47**, wherein the appliance excludes a hardware component that typically is included in a host computing system but that is not required to provide the network name-related functionality.

**61**. The system of claim **47**, wherein the appliance excludes a communication port that typically is included in a host computing system but that is not required to provide network name-related functionality.

**62**. The system of claim **47**, wherein the network name-related functionality comprises the Domain Name Service (DNS) and the IP address comprises a requested IP address associated with a host identified in a DNS request received at the appliance.

**63**. The system of claim **47**, wherein the processor is further configured to provide an interface for configuring the appliance.

**64**. The system of claim **47**, wherein the processor is further configured to provide a web interface for configuring the appliance from a client web browser.

**65**. The system of claim **47**, wherein the appliance includes a DNS server, a configuration server, a web server, a database, and/or a GUI.

**66**. The system of claim **47**, wherein the database comprises an object oriented database.

**67**. The system of claim **47**, wherein retrieving includes identifying a top level zone in the domain name and accessing a zone object associated with the top level zone.

**68**. The system of claim **67**, wherein retrieving includes identifying a sub-zone in the domain name and accessing a zone object associated with the sub-zone.

**69**. The system of claim **68**, wherein retrieving includes realizing that a last term in a domain name has been reached and accessing a host object associated with the domain name.

* * * * *

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Infoblox Inc.

**DEFENDANTS**
BlueCat Networks, Inc.
BlueCat Networks (USA), Inc.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Charlene M. Morrow (CSB No. 136411)
Virginia K. DeMarchi (CSB No. 168633)
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA 94041; Telephone: (650) 988-8500

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** subject to proof

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement, 35 U.S.C. 271

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 22 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities – Employment
☐ 446 American with Disabilities – Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R.& Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 61 HIA(1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW 405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

SACV10-01962

**FOR OFFICE USE ONLY:** Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**



American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Santa Clara County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): Virginia K. DeMarchi **Date** December 27, 2010
Virginia K. DeMarchi

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |


American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

**SACV10- 1962 JVS (MANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (If a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [X] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

Infoblox Inc.
*Plaintiff*
v.
BlueCat Networks (USA), Inc., BlueCat Networks, Inc.
*Defendant*

SACV10-01962 JVS(MANx)
Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BlueCat Networks (USA), Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

BlueCat Networks, Inc.
4101 Yonge Street, Suite 502
Toronto ONTARIO M4G3K3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charlene Morrow (CSB No. 136411)
Virginia K. DeMarchi (CSB No. 168633)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

CHRISTOPHER POWERS

Date: DEC 2 7 2010

*Signature of Clerk or Deputy Clerk*

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

1181

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________

was received by me on *(date)* ________________

☐ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________, a person of suitable age and discretion who resides there,

on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________; or

☐ I returned the summons unexecuted because ____________________; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com