```
                                                                    1

            UNITED STATES DISTRICT COURT


            CENTRAL DISTRICT OF CALIFORNIA

                 SOUTHERN DIVISION




INFOBLOX, INC.,                   )
                                  )
                                  )
     PLAINTIFF,                   )
                                  ) CASE SA CV 10-1962-JVS(MANX)
                                  )
                                  ) LOS ANGELES, CALIFORNIA
                                  )
BLUECAT NETWORKS (USA), INC.,     )
ET AL.,                           ) AUGUST 16, 2011
                                  )
                                  ) (3:24 P.M. TO 3:43 P.M.)
                                  )
     DEFENDANTS.                  )
_____)

                       HEARING
      BEFORE THE HONORABLE MARGARET A. NAGLE
           UNITED STATES MAGISTRATE JUDGE



APPEARANCES:            SEE NEXT PAGE

COURT REPORTER:         RECORDED; COURT SMART

COURTROOM DEPUTY:       EARLENE CARSON
                        MEL ZAVALA

TRANSCRIBER:            DOROTHY BABYKIN
                        COURTHOUSE SERVICES
                        1218 VALEBROOK PLACE
                        GLENDORA, CALIFORNIA  91740
                        (626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES:  (CONTINUED)
     FOR THE PLAINTIFF:      FENWICK & WEST LLP
 2                           BY:  TODD RICHARD GREGORIAN
                                  ATTORNEY AT LAW
 3                           801 CALIFORNIA STREET
                             MOUNTAIN VIEW, CALIFORNIA  94941
 4
                             FENWICK & WEST LLP
 5                           BY:  TERESA M. CORBIN
                                  ATTORNEY AT LAW
 6                           555 CALIFORNIA STREET
                             SUITE 1200
 7                           SAN FRANCISCO, CALIFORNIA  94104

 8
     FOR THE DEFENDANTS:     ONE LLP
 9                           BY:  NATHANIEL L. DILGER
                                  JOSEPH K. LIU
10                                ATTORNEYS AT LAW
                             4000 MAC ARTHUR BOULEVARD
11                           SUITE 1100
                             NEWPORT BEACH, CALIFORNIA  92660
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                                  3

             I N D E X
CASE NO. SA CV 10-1962-JVS(MANX)              AUGUST 16, 2011


HEARING:   PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF
           DOCUMENTS
```

```
 1    LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 16, 2011; 3:24 P.M.
 2              THE CLERK:  CALLING CASE NUMBER
 3    SA CV 10-1962-JVS(MANX), INFOBLOX INC. VERSUS BLUECAT
 4    NETWORKS.
 5              COUNSEL, PLEASE STATE YOUR APPEARANCES.
 6              MR. GREGORIAN:  YOUR HONOR, GOOD AFTERNOON.
 7              IT'S TODD GREGORIAN OF FENWICK & WEST FOR PLAINTIFF
 8    INFOBLOX.  AND WITH ME IS TERRY CORBIN.
 9              THE COURT:  GOOD AFTERNOON TO YOU, COUNSEL.
10              MS. CORBIN:  GOOD AFTERNOON, YOUR HONOR.
11              MR. DILGER:  HERE IS NATE DILGER.  WITH ME IS MY
12    COLLEAGUE JOE LIU FOR DEFENDANT BLUECAT.
13              THE COURT:  ALL RIGHT.  GOOD AFTERNOON TO YOU,
14    COUNSEL.
15              COUNSEL, WE ARE ON THE RECORD FOR THE CONTINUED
16    HEARING ON THE MOTION TO COMPEL BROUGHT BY INFOBLOX, AND
17    WE'RE REALLY FOCUSING IN ON THE JIRA DATABASE OR THE
18    INFORMATION REGARDING SOFTWARE CHANGES, EVOLUTION UPDATES,
19    HOWEVER YOU WANT TO PUT IT, THAT MIGHT BE REFLECTED ON THE
20    JIRA SYSTEM.
21              AND IT SEEMS TO ME THAT WE MAY NEED TO RECONVENE
22    THIS IN PRETTY SHORT ORDER AFTER INFLBLOX HAS HAD A CHANCE TO
23    LOOK AT THE PERFORCE DOCUMENTS.
24              MR. DILGER:  YOUR HONOR -- YOUR HONOR, I ACTUALLY
25    MAY HAVE A RESOLUTION.  THIS IS NATE DILGER TALKING.
```

1              THE COURT:  YES.

2              MR. DILGER:  IN THE DECLARATION THAT WAS FILED LAST

3    NIGHT BY PLAINTIFF INFOBLOX AND BY, I BELIEVE, MR. KUSTERS,

4    THEY POINTED OUT THAT THERE WAS AN ABILITY TO DOWNLOAD STUFF

5    TO -- NOT DOWNLOAD STUFF.  LET ME BE MORE PRECISE -- DOWNLOAD

6    THE JIRA INFORMATION TO AN EXCEL FORM, AN EXCEL SPREADSHEET

7    FORM.

8              THE COURT:  YES.  THEY SAID THEIR FIRM HAS

9    EXPERIENCE IN DOING IT, AND THEY'D EVEN GIVE YOU A TUTORIAL

10   --

11             MR. DILGER:  WE HAVE --

12             THE COURT:  -- AS I RECALL.

13             MR. DILGER:  I'VE SPENT MOST OF THE DAY GOING BACK

14   AND FORTH WITH MY CLIENT WHO HAS BEEN TESTING THIS OUT AND

15   TRYING TO RUN IT AND HAS HAD SOME SUCCESS AT IT AND ACTUALLY

16   THINKS THEY CAN DO IT IN A WAY THAT BASICALLY WE CAN --

17   THERE'S A -- FOR LACK OF A BETTER TERM -- A DUMP TO EXCEL

18   FUNCTION IN JIRA.

19             THE COURT:  YES.

20             MR. DILGER:  HE SHOWED ME KIND OF WHAT COMES OUT OF

21   THAT.  AND LOOKING AT IT, I THINK WE CAN -- WILL RESOLVE ONE

22   OF THE ISSUES, WHICH IS THE ISSUE OF BATCH PRINTING, AND MAKE

23   THE ACTUAL FORMAT OF THIS EASIER FOR US TO HANDLE AND PRINT

24   IT OUT.

25             AND, TWO, THE FORMAT IS SUCH THAT IT'S EASIER FOR

1  ME AND FOR MY PEOPLE HERE TO GO THROUGH IT AND -- I THINK
2  WHAT WE WANT TO DO IS REDACT CUSTOMER NAMES.
3            AND, YOU KNOW, IF THEY STATE THEY'RE OKAY WITH THIS
4  EXCEL FORMAT, AND WE WOULD BE, YOU KNOW, AS A POSSIBLE
5  RESOLUTION, WE'D BE WILLING TO DOWNLOAD THE INFORMATION TO AN
6  EXCEL FORMAT.  IF I COULD HAVE A WEEK TO GO THROUGH IT AND
7  REDACT CUSTOMER NAMES SO THAT WE DON'T HAVE THIS
8  CONFIDENTIALITY ISSUE AND, YOU KNOW, CUSTOMER-IDENTIFYING
9  INFORMATION.
10           FROM WHAT I SAW AT LEAST, IT'S PRETTY -- THERE'S A
11 FIELD THAT HAS THIS SORT OF INFORMATION.  AND I CAN GO
12 THROUGH IT, AND I CAN PROBABLY DO IT FAIRLY QUICKLY.
13           I THINK THAT'S A POTENTIAL RESOLUTION.
14           THE COURT:  WELL, I THINK THAT AND THE REVIEW OF
15 THE PERFORCE DOCUMENTS SOUNDS LIKE A NICE SHOE ON EACH FOOT
16 TO GET IT DONE.
17           I DID NOTE THAT IN THE DECLARATION OF DANNY YUNG OF
18 BLUECAT NETWORKS ON PAGE 2 AND PARAGRAPH 4, HE INDICATED THAT
19 MOST OF THE ENTRIES IN THE JIRA PERTAINED TO ISSUES FOUND
20 DURING DEVELOPMENT AND TESTING OF THE PRODUCT BEFORE IT IS
21 RELEASED AND HAVE NOT SPECIFICALLY BEEN REPORTED BY ANY
22 CUSTOMER.
23           SO, IT --
24           MR. DILGER:  SURE.
25           THE COURT:  -- SEEMS AS IF, AS HE SAYS, MOST OF THE

1  ENTRIES YOU DON'T EVEN HAVE THIS ISSUE OF REDACTION IN
2  CONNECTION WITH.
3             AND I KNOW THAT MR. GREGORIAN IS PROBABLY GOING TO
4  SAY, AHA.  BUT AS I SAID IN MY DECLARATION, WE CAN'T REALLY
5  HAVE THE CUSTOMER NAMES REDACTED.
6             I'M NOT SURE, MR. GREGORIAN, THAT IT WOULD MAKE A
7  HUGE AMOUNT OF DIFFERENCE IN THE FIRST INSTANCE IF YOU GOT
8  THE EXCEL SPREADSHEET WITH THE INFORMATION YOU WANT WITH THE
9  CUSTOMER INFORMATION REDACTED.  AND, THEN, IF UPON YOUR
10 REVIEW OF IT, YOU BELIEVED THAT THE CUSTOMER NAMES OR CERTAIN
11 CUSTOMER NAMES FOR CERTAIN ENTRIES WERE REQUIRED, YOU COULD
12 COME BACK TO THE COURT AND SEEK THAT.
13             I'M A BIG FAN OF TRIAGING, STAGING -- WHATEVER TERM
14 YOU WANT TO USE -- DISCOVERY SO THAT YOU GET WHAT CAN BE
15 GIVEN TO YOU WITHOUT UNDUE BURDEN AND THAT MEETS OR SHOULD
16 MEET MOST OF YOUR NEEDS.  AND IF IT TURNS OUT THERE IS GOOD
17 REASON THAT YOU NEED MORE, YOU HAVE AN ESCAPE HATCH TO COME
18 BACK TO THE COURT AND SEEK THE MORE -- LIKE THE CUSTOMER
19 NAMES HERE.
20             MR. GREGORIAN:  YOUR HONOR, I WOULD AGREE THAT WE
21 DON'T NEED THE CUSTOMER NAMES FOR THE IMMEDIATE CLAIM
22 CONSTRUCTION PURPOSES.  AS YOU'VE POINTED OUT, WE DO WANT TO
23 PRESERVE OUR ABILITY TO SEEK THOSE LATER IF WE NEED THEM TO
24 PROVE UP INDIRECT INFRINGEMENT.
25             I GUESS OUR -- SO, WE'RE OKAY WITH THIS PROTOCOL.

```
 1              OUR ONE ISSUE IS WE'D LIKE TO SET UP A FURTHER CALL
 2    WITH THE COURT --
 3              THE COURT:  AND THAT'S EXACTLY WHAT I'M GOING TO
 4    DO.  I WAS GOING TO SUGGEST WE HAVE ONE, AND I WAS ACTUALLY
 5    ANNOYED WITH MYSELF BECAUSE I RAN OUT TO THE BENCH AND LEFT
 6    MY CALENDAR IN CHAMBERS.  SO, I'M GOING TO HAVE TO ASK MRS.
 7    CARSON TO TAKE A LOOK AT NEXT WEEK'S CALENDAR AND SEE IF
 8    THERE ARE DAYS THAT ARE LIGHT OR LIGHTER THAN OTHERS.
 9              PERHAPS NEXT WEDNESDAY OR THURSDAY?  OR SHOULD WE
10    MAKE IT A LITTLE BIT AFTER THAT SO THEY ACTUALLY HAVE THE
11    PRODUCTION.
12              MR. GREGORIAN.
13              MR. GREGORIAN:  I MEAN, I THINK IT WOULD PREFERABLE
14    TO ADDRESS THAT WITH US HAVING TAKEN RECEIPT OF THE
15    PRODUCTION --
16              THE COURT:  WELL, WHY DON'T -- WHY DON'T WE DO
17    THIS.  WHY DON'T YOU -- WE HAVE A QUICK CALL SET FOR NEXT
18    WEEK AND THEN ANOTHER CALL SET FOR THE WEEK AFTER THAT.
19              THE ONE NEXT WEEK I AM MORE THAN HAPPY TO TAKE OFF
20    CALENDAR IF, MR. GREGORIAN, YOU CAN CONFIRM THAT YOU HAVE A
21    PRODUCTION.
22              SO, I GUESS I'M GOING TO PINGPONG BACK TO YOU, MR.
23    DILGER, AND I APPRECIATE YOUR SUGGESTION AND PROPOSAL WHICH
24    SEEMS LIKE A VERY GOOD ONE.
25              HOW LONG DO YOU THINK IT WILL REALLY TAKE BEFORE
```

1 YOU CAN DELIVER WHAT YOU HOPE TO DELIVER TO MR. GREGORIAN?

2 MR. DILGER: WOULD NEXT TUESDAY BE ACCEPTABLE TO
3 THE COURT?

4 THE COURT: CERTAINLY.

5 MR. DILGER: THAT WOULD GIVE US ONE WEEK.

6 ONE OF MY CONCERNS, YOUR HONOR, IS THE GENERAL
7 COUNSEL NEEDS TO GIVE ITS FINAL BLESSING.

8 THE COURT: CERTAINLY. IF YOU WANT TO MAKE IT --
9 WELL --

10 MR. DILGER: HE'S CURRENTLY OUT OF THE OFFICE.
11 HE'S BACK, I BELIEVE, THIS SATURDAY. HE'S DRIVING HIS
12 DAUGHTER ACROSS COUNTRY TO COLLEGE.

13 THE COURT: WE'VE GOT A LOT OF THAT GOING ON.
14 SOMEBODY DIDN'T SHOW UP AT A DEBTOR'S EXAM BECAUSE THEY WERE
15 ON A COLLEGE TOUR, AND IT WAS A DATE THAT THEY HAD THE
16 PROCEEDING CONTINUED TO FOR THEIR CONVENIENCE IN THE FIRST
17 PLACE. I WAS NONE TOO AMUSED.

18 BUT I DO UNDERSTAND 'TIS THE SEASON FOR THAT.

19 MR. DILGER: YES. AND, UNFORTUNATELY, WHEN YOU'RE
20 IN A CAR THAT YOU'RE NOT AS ACCESSIBLE AS YOU MIGHT OTHERWISE
21 BE SITTING IN A HOTEL SOMEWHERE, BUT.

22 THE COURT: RIGHT.

23 MR. DILGER: IF NEXT TUESDAY WOULD BE ACCEPTABLE TO
24 THE COURT, I THINK THAT IS A DEADLINE WE CAN MEET. YOU KNOW,
25 FOR US TO HAVE --

```
 1            THE COURT:  SO, HOW IS --
 2            MR. DILGER:  -- PRODUCTION.  BUT THAT SOUNDS LIKE
 3   SOMETHING WE CAN DO.
 4            THE COURT:  HOW IS NEXT WEDNESDAY?
 5            HOW ABOUT WE HAVE A CALL SCHEDULED FOR NEXT
 6   WEDNESDAY.  IF YOU'VE CHATTED, AND YOU'RE CLEAR THAT THE
 7   PRODUCTION -- OR HAVE IT FOR NEXT THURSDAY -- I JUST WANT TO
 8   MAKE SURE --
 9            AND, MR. DILGER, I'M NOT TRYING TO -- WELL, YES, I
10   AM TRYING TO BE A BIT OF A TRAFFIC COP HERE.  I WANT TO MAKE
11   SURE YOU HAVE A DEADLINE SO THAT YOU'RE --
12            MR. DILGER:  SURE.
13            THE COURT:  -- YOU DON'T HAVE SLIPPAGE.
14            MR. DILGER:  SURE.
15            THE COURT:  AND, SO, YOU CAN TELL THE CLIENT, WELL,
16   WE HAVE THIS COURT DEADLINE.
17            SO, MR. GREGORIAN, YOU WANT TO PICK A DAY WHEN I
18   GET CONFIRMATION THAT THE FURTHER PRODUCTION IS EN ROUTE TO
19   YOU?
20            I DON'T EVEN NEED TO HAVE IT IF MRS. CARSON CAN GET
21   CONFIRMATION FROM THE TWO OF YOU BY EMAIL THAT EVERYTHING IS
22   JUST FINE.  THEN, WE CAN SCRAP THAT CONFERENCE AND MOVE ON TO
23   ONE THE NEXT WEEK AFTER MR. GREGORIAN HAS HAD AN OPPORTUNITY
24   TO REVIEW THE PERFORCE DOCUMENTS AND THE NEW PRODUCTION.
25            MR. GREGORIAN:  I THINK THE 24TH DATE WORKS FOR
```

Case 8:10-cv-01962-JVS-MAN   Document 83   Filed 08/19/11   Page 11 of 19   Page ID #:1825

11

```
 1   THAT FIRST --
 2              THE COURT:  OKAY.  YOU HAVE A TIME YOU WANT TO DO
 3   IT?  I USUALLY AM JUST FINE AT NOON.  THIS JUST HAS BEEN AN
 4   AWFUL WEEK.
 5              MR. DILGER:  YOUR HONOR, IF I MAY INTERJECT.  I AM
 6   --
 7              THE COURT:  YES, MR. DILGER.
 8              MR. DILGER:  I AM ACTUALLY ON VACATION THE 24TH,
 9   25TH, AND 26TH.  MY COLLEAGUE JOEY LIU --
10              ARE YOU IN?
11              MR. LIU:  YES.
12              MR. DILGER:  IF WE NEEDED TO HAVE A CALL, MR. LIU
13   COULD HANDLE THE CALL.
14              THE COURT:  OKAY.  THE CALL IS ONLY GOING TO BE
15   NEEDED IF THERE'S DELAY.
16              MR. DILGER:  RIGHT.  UNDERSTOOD, YOUR HONOR.
17              THE COURT:  SO, WE WILL SCHEDULE IT HOW ABOUT FOR
18   NOON ON THE 24TH?
19              MR. DILGER:  NOON ON THE 24TH.
20              MR. LIU:  I WILL BE AVAILABLE, YOUR HONOR.  THIS IS
21   JOEY LIU SPEAKING.
22              THE COURT:  OKAY.  MR. GREGORIAN?
23              MR. GREGORIAN:  YES, YOUR HONOR.  THAT WORKS FOR
24   US.
25              THE COURT:  ALL RIGHT.  AND HOPEFULLY THAT ONE WILL
```

1   GO OFF CALENDAR.

2           MR. GREGORIAN, WHAT ABOUT THE NEXT ONE?

3           MR. GREGORIAN:  PERHAPS JUST A WEEK LATER ON THE
4   31ST?

5           THE COURT:  WORKS FOR ME.

6           DOES THAT WORK FOR YOU, MR. DILGER AND MR. LIU? --
7   NOON ON THE 31ST.

8           MR. DILGER:  YES.  I HAVE NOTHING ON THE 31ST THAT
9   WOULD INTERFERE, YOUR HONOR.

10          MR. LIU:  SAME.

11          THE COURT:  ALL RIGHT.  THANK YOU, COUNSEL.  SOUNDS
12  LIKE THAT'S SOLD.

13          IF I'VE GOT SOMETHING THAT INTERFERES, AND I'M
14  GETTING AN INDICATION THAT I DON'T, SO IT SOUNDS LIKE IT
15  WORKS FOR EVERYBODY.

16          ALL RIGHT.  WE'LL SEND OUT A MINUTE ORDER
17  SCHEDULING THOSE.

18          MR. DILGER, I HOPE THAT YOU CAN GET THIS DONE
19  PROMPTLY AND THAT YOU HAVE A NICE VACATION.  AND IT IS MY
20  HOPE AND EXPECTATION THAT WE WON'T BE TALKING UNTIL THE 31ST,
21  BUT IF WE NEED TO TALK ON THE 24TH WE WILL.

22          MR. DILGER:  OKAY.

23          THE COURT:  ALL RIGHT.

24          MR. DILGER:  THANK YOU, YOUR HONOR.

25          THE COURT:  ANYTHING FURTHER AT THIS TIME, COUNSEL?

1               MR. GREGORIAN:  YES, YOUR HONOR.  JUST BRIEFLY.
2               THE COURT:  THIS IS MR. -- THIS IS MR. GREGORIAN
3    AGAIN?
4               MR. GREGORIAN:  THAT'S CORRECT.
5               THE COURT:  ALL RIGHT.  THANK YOU.
6               MR. GREGORIAN:  WITH THE 31ST CONFERENCE WE'RE
7    AGAIN RUNNING UP AGAINST THE -- WE'D BE PAST THE DATE WE'VE
8    ASKED THE COURT TO EXTEND OUR DEADLINE TO EXCHANGE
9    PRELIMINARY CONSTRUCTION.
10              I GUESS WE'D LIKE TO GET CLARIFICATION FROM THE
11   COURT AS TO YOUR PAST INSTRUCTIONS ABOUT MOVING THAT
12   DEADLINE.
13              OUR UNDERSTANDING WAS THAT THAT EXTENSION WOULD
14   APPLY ONLY TO INFOBLOX.  WE HIT -- WE HIT A SNAG WITH BLUECAT
15   ON NEGOTIATING IT AND AGREED TO A MUTUAL EXTENSION.  BUT
16   GIVEN THAT WE DON'T HAVE ANY CLARIFICATION ABOUT THE CONTENTS
17   OF THE PRODUCTION, WE SOUGHT A RESERVATION OF RIGHTS FROM THE
18   DISTRICT COURT.
19              AND IT IS IMPORTANT TO US THAT WE BE ABLE TO, IF
20   NECESSARY, CHANGE OUR CLAIM CONSTRUCTION POSITION BASED ON
21   THE LATE PRODUCTION.
22              THE COURT:  WELL, UNFORTUNATELY, BECAUSE WE HAVE A
23   DIVISION OF LABOR HERE BETWEEN DISCOVERY AND ALL OTHER MERITS
24   DECISIONS IN THE CASE, I HAVE NO AUTHORITY TO ADJUST ANY
25   DEADLINES.  YOU'RE JUST GOING TO HAVE TO TRY AND BRING A

1 JOINT STIPULATION TO JUDGE SELNA'S CHAMBERS.

2 AND I WOULD STRONGLY SUGGEST THAT YOU NOT BICKER

3 ABOUT MUTUALITY, IF IT'S REALLY NEEDED, BUT EXPLAIN THAT THE

4 PRODUCTION HAS INVOLVED SOME COMPLICATED TECHNOLOGICAL ISSUES

5 -- NOT SURPRISING IN A CASE LIKE THIS -- AND HAS TAKEN

6 LONGER THAN HAS BEEN REASONABLY ANTICIPATED. AND YOU NEED A

7 BRIEF FURTHER EXTENSION.

8 WHAT'S YOUR PRESENT DATE? DID YOU GET IT EXTENDED?

9 MR. GREGORIAN: NO. THE COURT HAS NOT RULED ON OUR

10 APPLICATION YET.

11 THE COURT: WELL, THE -- AND WOULD YOUR APPLICATION

12 TAKE YOU FAR ENOUGH OUT SO THAT THIS WOULD NOT BE A PROBLEM?

13 MR. GREGORIAN: IT WOULD ONLY TAKE US TO THE 29TH.

14 WE DID SEEK A RESERVATION OF -- WE DID SEEK A RESERVATION OF

15 RIGHTS I MENTIONED, BUT BLUECAT HAS OPPOSED THAT.

16 THE COURT: WELL, IF I WERE YOU, I'D -- IF HE

17 HASN'T ACTED ON THE JOINT STIP YOU HAVE PENDING, I WOULD

18 SUBMIT AN AMENDED JOINT STIPULATION KICKING THE DATE OUT TO

19 THE BEGINNING OF SEPTEMBER -- EARLY SEPTEMBER. I DON'T MEAN

20 SEPTEMBER 1ST -- AND JUST EXPLAINING WHY EVERYBODY AGREES

21 THAT DATE IS APPROPRIATE.

22 I WOULD CALL THE COURTROOM DEPUTY CLERK FOR JUDGE

23 SELNA AND SAY, PLEASE DON'T HAVE HIM ACT ON THE ONE THAT'S

24 PENDING BECAUSE WE'VE HAD TO -- WE'RE IN THE PROCESS OF

25 REVISING IT.

1        MY HUNCH IS, ALTHOUGH I DON'T KNOW FOR SURE, THAT
2    JUDGE SELNA MAY WELL BE AT THE NINTH CIRCUIT JUDICIAL
3    CONFERENCE IN SAN DIEGO RIGHT NOW.  IT IS THIS MONDAY THROUGH
4    THURSDAY.
5        NOT ALL JUDGES -- I'M NOT -- ARE AT THE CONFERENCE,
6    BUT MOST ARE.
7        SO, THE FACT YOU'RE NOT GETTING ANYTHING RIGHT NOW
8    MAY SIMPLY BE THAT JUDGE SELNA IS AT THE CONFERENCE AND IS
9    ABSENT.
10        MR. GREGORIAN:  SURE.
11        MR. DILGER:  FOR OUR PART, YOUR HONOR, WE'RE FINE
12    WITH SUBMITTING A JOINT STIPULATION MEETING THAT DEADLINE.
13    AND WE'RE OKAY THAT AS LONG AS WE AGREE THAT MAKES SENSE, SO.
14        THE COURT:  ALL RIGHT.  WELL, TRY AND WORK THAT
15    OUT, MR. DILGER AND MR. GREGORIAN.  I THINK IT'S IN YOUR
16    MUTUAL INTERESTS TO DO IT AND TO JUST HAVE A DATE THAT'S
17    REASONABLE.
18        DOWN THE ROAD -- ONCE YOU ALL ARE TALKING ABOUT
19    CLAIMS AND CROSS-CLAIMS AND THAT SORT OF THING, DOWN THE ROAD
20    YOU'RE ALL GOING TO HAVE TO ACCOMMODATE EACH OTHER A LITTLE
21    BIT HERE AND THERE AS NECESSARY.  I'D CERTAINLY SAY THIS IS
22    ONE OF THE TIMES YOU SHOULD DO THAT.
23        MR. DILGER:  THANK YOU, YOUR HONOR.
24        THE COURT:  ALL RIGHT.
25        ANYTHING FURTHER AT THIS TIME, COUNSEL?

1               MS. CORBIN:  THIS IS TERRY CORBIN, YOUR HONOR.
2               OUR ISSUE IS THAT WE DO NOT WANT ALL THE OTHER
3    DATES IN THE COURT HEARING TO SLIDE.  WHEN WE EXTENDED THIS
4    ONE DATE, WE WERE GOING TO JUST --
5               THE COURT:  AND HOW CLOSE --
6               MS. CORBIN: -- IN BETWEEN.  SO, I THINK OUR VIEW IS
7     --
8               THE COURT:  HOW CLOSE ARE YOUR OTHER DATES?
9               MS. CORBIN:  SEPTEMBER 15TH WOULD BE -- HAS BEEN
10   THE DAY THAT WE HAD THE JOINT STIP -- THE JOINT CLAIM
11   CONSTRUCTION STATEMENT.  AND, SO, THAT DATE -- IF THAT DATE
12   SLIDES, THEN, A LOT OF OTHER DATES START TO SLIDE AS WELL.
13   SO, OUR VIEW WOULD BE WE'LL STICK WITH THE ONE WEEK WE ASKED
14   FOR, BUT WE HAVE PUT IN THE PAPERS WE'VE SUBMITTED ALREADY A
15   RESERVATION OF RIGHTS ONLY ON THE BASIS THAT IF IT'S LATE
16   PRODUCED, SOURCE CODE, PERFORCE DATABASE AND THE JIRA
17   DATABASE --
18              THE COURT:  COUNSEL, I CAN'T MAKE YOU DO ANYTHING
19   ON THESE DEADLINES THAT YOU DON'T WANT TO DO.
20              THE ONLY THING I CAN SAY TO YOU IS IF YOU'RE NOT
21   ASKING FOR GREAT SLIPPAGE ON SOME THINGS, THE COURT IS OFTEN
22   WILLING TO DO THAT.  HOWEVER, THE COURTS HAVE VIRTUALLY
23   UNIFORMLY A GREAT RELUCTANCE TO SEE COUNSEL TAKE MULTIPLE
24   BITES AT THE APPLE.
25              AND WHILE YOUR RESERVATION OF RIGHTS MAY NOT BE

1    PERCEIVED BY YOU AS A SECOND BITE AT THE APPLE, I'LL TELL YOU
2    RIGHT NOW I THINK YOU MAY WELL RUN UP AGAINST JUDICIAL
3    RELUCTANCE TO GIVE YOU LITTLE TEENY ONES THAT THEN SLIDE
4    BECAUSE OF SOMETHING ELSE.  JUDGES LIKE TO HAVE A DATE SO
5    THAT THEY DON'T HAVE MULTIPLE PLEADINGS AND ORDERS COMING
6    ACROSS THEIR "DATE" BY WHICH THINGS CAN GET DONE IN A
7    REASONABLE AND RELATIVELY PROMPT FASHION.  AND IF IT REQUIRES
8    A SLIPPAGE OF A WEEK OR TWO ON OTHER DATES, NOT MONTHS, THEY
9    USUALLY WILL ACCOMMODATE THAT.
10              YOU KNOW, I DON'T KNOW WHAT TRIAL DATE OR OTHER
11   DATES THERE ARE HERE AND IF YOU'D BE JEOPARDIZING THAT.
12   THOSE ARE THE DATES THAT THE DISTRICT JUDGES AND MAGISTRATE
13   JUDGES TEND TO BE MOST FIRM ON.
14              MS. CORBIN:  OKAY.  WE WILL TAKE A LOOK AT THE REST
15   OF THE CALENDAR, YOUR HONOR, AND LET --
16              THE COURT:  IT'S JUST A WORD OF ADVICE TO YOU.
17              MS. CORBIN:  YES, THANK YOU.
18              THE COURT:  OKAY.
19              ALL RIGHT.  ANYTHING FURTHER, COUNSEL?
20              MR. DILGER:  NO, YOUR HONOR.
21              THE COURT:  ALL RIGHT.  I HOPE I DON'T HAVE TO
22   SPEAK TO YOU NEXT WEEK.  AND WE'LL CHAT EITHER THEN IF WE
23   NEED TO OR ON THE 31ST.
24              THANKS.
25              MR. GREGORIAN:  SOUNDS GOOD, YOUR HONOR.

```
                                                                    18

  1              MR. DILGER:   SOUNDS GOOD, YOUR HONOR.
  2              THE COURT:   ALL RIGHT.
  3              COURT IS IN RECESS.
  4              THANK YOU, COUNSEL.
  5              HAVE A GOOD EVENING.
  6              MS. CORBIN:   THANK YOU.
  7              THE COURT:   BYE-BYE.
  8              (TELEPHONIC HEARING CONCLUDED 3:43 P.M.)
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

C E R T I F I C A T E

    I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

/S/ DOROTHY BABYKIN                          8/19/11

_____          _____

FEDERALLY CERTIFIED TRANSCRIBER              DATED

DOROTHY BABYKIN